1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

**FILED**

JUN **2 6** 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ~~CR. No. S~~ 2:08-CR-299 FCD |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| RONALD ANTHONY McCLURE, Jr., and SHAMEKA RENE GARZA, | |
| Defendants. | |

The Court hereby orders that the Superseding Indictment, the Petition of Assistant U.S. Attorney KENNETH J. MELIKIAN to Seal the Indictment, and Order dated in the above-referenced case shall be sealed until the arrest of the defendants, or until further order of the Court.

IT IS SO ORDERED.

DATED: 6/26/08

_____
HONORABLE KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

1