**FILED**

JUN 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR. NO. S-
                                )
            Plaintiff,          )   2:08-CR-299 FCD
                                )
      v.                        )
                                )
SEALED,                         )
                                )
            Defendant.          )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendants in this case, or until further order of the Court.

DATED: 6/26/08

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

1