| | |
|---|---|
| 1  LAWRENCE G. BROWN<br>   United States Attorney<br>2  PHILIP A. FERRARI<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California 95814<br>4  Telephone: (916) 554-2744 | **FILED**<br>MAY 2 2 2009<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>      DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                )<br>            Plaintiff,          )<br>                                )<br>    v.                          )<br>                                )<br>LINN BARTEE, and                )<br>CHRISTINE J. WENGER-BARTEE,     )<br>                                )<br>            Defendants.         )<br>_____) | CR. NO. S-08-0299 FCD<br><br>Request For Unsealing of<br>Indictment and Arrest Warrants<br>and [proposed] Order |

TO THE HONORABLE GREGORY G. HOLLOWS, UNITED STATES MAGISTRATE JUDGE:

COME NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On or about June 26, 2008, the Honorable Kimberly J. Mueller issued an order sealing the Indictment in the above-referenced case until the arrest of the defendants or further order of the Court.

2. On Thursday, May 14, 2009, the defendants were arrested in Costa Rica pursuant to a provisional arrest warrant and are now

1

| | |
|---|---|
| 1 | awaiting extradition proceedings. Because the defendants have been |
| 2 | arrested, and because the indictment and arrest warrants are needed |
| 3 | for the extradition proceedings, the government hereby requests that |
| 4 | the indictment as well as the previously issued arrest warrants and |
| 5 | all other matters in the above referenced case be unsealed and made |
| 6 | part of the public record. |
| 7 | Dated: May 22, 2009     Respectfully submitted, |
| 8 |       LAWRENCE G. BROWN |
| 9 |       U.S. ATTORNEY |
| 10 | |
| 11 | by: /s/ Philip A. Ferrari |
| 12 |       PHILIP A. FERRARI |
|    |       Assistant U.S. Attorney |
| 13 | |
| 14 | |
| 15 | |
| 16 | The Court hereby orders that the Indictment in case no S-08- |
| 17 | 0299 FCD, as well as the arrest warrants and any other matters filed |
| 18 | in that case, be unsealed and made part of the public record. |
| 19 | |
| 20 | DATED: May 22, 2009 |
| 21 | |
| 22 | |
| 23 |       GREGORY G. HOLLOWS |
| 24 |       HON. GREGORY G. HOLLOWS |
|    |       United States Magistrate Judge |