```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LIN BARTEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIN BARTEE and CHRISTINE ) <br> WENGER-BARTEE, ) <br> ) <br> Defendant. ) <br> ) | CR. S-08-299-FCD <br><br> **STIPULATION AND ORDER** <br><br> DATE: March 15, 2010 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, defendant LIN BARTEE, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant CHRISTINE WENGER-BARTEE, by and through her counsel, BRUCE LOCKE, that the status conference set for Monday, February 8, 2010, be continued to Monday, March 15, 2010, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for March 15, 2010,
3  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4  prepare] (Local Code T4).

DATED: February 2, 2010        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               LIN BARTEE

                               /s/ Benjamin Galloway for
                               _____
                               BRUCE LOCKE
                               Attorney for defendant
                               CHRISTINE WENGER-BARTEE


DATED: February 2, 2010        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               PHIL FERRARI
                               Assistant U.S. Attorney
                               Attorney for Plaintiff




**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 15, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 3, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2