BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>            Plaintiff, ) <br> ) <br>   v.                     ) <br> ) <br> LIN M. BARTEE, and      ) <br> CHRISTINE J. WENGER-BARTEE, ) <br> ) <br>            Defendants. ) <br> ) <br> _____ ) | Case. No. CR. S-08-0299 FCD <br><br> STIPULATION AND ORDER <br><br><br> Date: May 10, 2010 <br> Time: 10:00 a.m. <br> Hon. Frank C. Damrell, Jr. |

    It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendants Lin Bartee and Christine Wenger-Bartee, by and through their counsel, Benjamin Galloway, Esq., and Bruce Locke, Esq., that the appearance currently set for April 12, 2010, be vacated and continued to May 10, 2010, at 10:00 a.m.

    The continuance is being requested because the parties need time to review discovery, investigate the facts underlying the

charges and seek resolution.

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for May 10, 2010 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 7, 2010         /s/ Philip A. Ferrari for
                             BENJAMIN GALLOWAY, ESQ.
                             Attorney for Defendant

DATED: April 7, 2010         /s/ Philip A. Ferrari for
                             BRUCE LOCKE, ESQ.
                             Attorney for Defendant

DATED: April 7, 2010         BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ Philip A. Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: April 8, 2010         _____
                             FRANK C. DAMRELL, JR.
                             UNITED STATES DISTRICT JUDGE