1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

9           IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,    )   Case. No. CR-S-08-0299 FCD
                                )
14              Plaintiff,      )
                                )   STIPULATION AND ORDER
15                              )
      v.                        )
16                              )
   LIN M. BARTEE, and           )   Date: August 9, 2010
17 CHRISTINE J. WENGER-BARTEE,  )   Time: 10:00 a.m.
                                )   Hon. Frank C. Damrell, Jr.
18              Defendants.     )
                                )
19 _____  )

    It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendants Lin Bartee and Christine Wenger-Bartee, by and through their counsel, Benjamin Galloway, Esq., and Bruce Locke, Esq., that the appearance currently set for July 26, 2010, be vacated and continued to August 9, 2010, at 10:00 a.m.

    The continuance is being requested because the parties need time to review discovery, investigate the facts underlying the

1

charges and seek resolution.

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for August 9, 2010 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 22, 2010                    /s/ Philip A. Ferrari for
                                        BENJAMIN GALLOWAY, ESQ.
                                        Attorney for Defendant


DATED: July 22, 2010                    /s/ Philip A. Ferrari for
                                        BRUCE LOCKE, ESQ.
                                        Attorney for Defendant


DATED: July 22, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Philip A. Ferrari
                                        PHILIP A. FERRARI
                                        Assistant U.S. Attorney


**IT IS SO ORDERED.**


DATED: July 22, 2010

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE