BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
Christine Wenger-Bartee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-299 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND CHANGE OF PLEA FROM AUGUST 23, 2010 TO SEPTEMBER 13, 2010 AT 10:00 A.M. |
| v. | ) | |
| CHRISTINE WENGER-BARTEE, et al., | ) | |
| Defendants. | ) | |

The defendants, Lin Bartee and Christine Wenger-Bartee, by and through their attorneys, Ben Galloway and Bruce Locke, and the United States by and through its attorney, Phillip Ferrari, hereby stipulate that the status conference and change of plea currently scheduled for August 23, 2010 at 10:00 a.m., should be continued to September 13, 2010 at 10:00 a.m. The reason for the continuance is that the defense needs additional time to review the proposed plea agreement and to discuss this matter with the clients and the prosecutor. Accordingly, the time between August 23, 2010 and September 13, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Ferrari and Mr. Galloway have authorized Mr. Locke to sign this document for them.

DATED: August 17, 2010                    /S/  Bruce Locke
                                          BRUCE LOCKE
                                          Attorney for Christine Wenger-Barteee

1

DATED: August 17, 2010                   /S/  Bruce Locke
                                         BEN GALLOWAY
                                         Attorney for Lin Bartee


DATED: August 17, 2010                   /S/ Bruce Locke
                                         For PHILIP FERRARI
                                         Assistant United States Attorney

## ORDER

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference and change of plea scheduled for August 23, 2010 is continued to September 13, 2010 at 10:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from August 23, 2010  until September 13, 2010  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

DATED: August 17, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE