DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LIN BARTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-08-299-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v.  ) | |
| ) | DATE: September 27, 2010 |
| LIN BARTEE and CHRISTINE ) | TIME: 10:00 a.m. |
| WENGER-BARTEE, ) | JUDGE: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant.  ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, defendant LIN BARTEE, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant CHRISTINE WENGER-BARTEE, by and through her counsel, BRUCE LOCKE, that the status conference set for Monday, September 13, 2010, be continued to Monday, September 27, 2010, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1   Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for September 27, 2010,
3 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).

6 DATED: September 9, 2010        Respectfully submitted,

7                                 DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Benjamin Galloway
9                                 BENJAMIN GALLOWAY
                                  Assistant Federal Defender
10                                Attorney for Defendant
                                  LIN BARTEE

                                  /s/ Benjamin Galloway for
12                                _____
                                  BRUCE LOCKE
13                                Attorney for defendant
                                  CHRISTINE WENGER-BARTEE

15
16 DATED: September 9, 2010       BENJAMIN B. WAGNER
                                  United States Attorney

17                                /s/ Benjamin Galloway for
                                  PHIL FERRARI
18                                Assistant U.S. Attorney
                                  Attorney for Plaintiff

22                          **O R D E R**

23   **IT IS SO ORDERED.** Time is excluded from today's date through and
24 including September 27, 2010, in the interests of justice pursuant to
25 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local
26 Code T4.

27 DATED: September 9, 2010
                                  _____
28                                FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE