1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )      Case. No. CR-S-08-0299 FCD
                                   )
14                  Plaintiff,     )
                                   )      STIPULATION AND ORDER
15                                 )
        v.                         )
16                                 )
    LIN M. BARTEE, and             )      Date: October 12, 2010
17  CHRISTINE J. WENGER-BARTEE,    )      Time: 10:00 a.m.
                                   )      Hon. Frank C. Damrell, Jr.
18                  Defendants.    )
                                   )
19  _____)

20

21

22         It is hereby stipulated by and between the United States of

23  America through Philip Ferrari, Assistant United States Attorney,

24  and defendants Lin Bartee and Christine Wenger-Bartee, by and

25  through their counsel, Benjamin Galloway, Esq., and Bruce Locke,

26  Esq., that the appearance currently set for September 27, 2010, be

27  vacated and continued to October 12, 2010, at 10:00 a.m.

28         The parties stipulate that the ends of justice are served by

    the Court excluding the time between the date of this Order and the

1

1  appearance on October 12 from calculation under the speedy trial

2  act, so that each defense counsel may have reasonable time necessary

3  for effective preparation, taking into account the exercise of due

4  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the

5  defendants agree that his or her counsel needs time to review the

6  discovery, investigate the facts underlying this case and seek

7  possible resolution.  Accordingly, speedy trial time is to be

8  excluded from the date of this order through the date of the hearing

9  set for October 12, 2010 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv)

10 [reasonable time to prepare] (Local Code T4).

11 DATED: September 22, 2010              /s/ Philip A. Ferrari for
                                          BENJAMIN GALLOWAY, ESQ.
12                                        Attorney for Defendant

13
   DATED: September 22, 2010              /s/ Philip A. Ferrari for
14                                        BRUCE LOCKE, ESQ.
                                          Attorney for Defendant
15

16
   DATED: September 22, 2010             BENJAMIN B. WAGNER
17                                        United States Attorney

18
                                   By:  /s/ Philip A. Ferrari
19                                        PHILIP A. FERRARI
                                          Assistant U.S. Attorney
20

21

22        **IT IS SO ORDERED.**

23

24 DATED:     September 22, 2010

25

26

27 FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

28

2