McGREGOR W. SCOTT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00299-TLN |
| Plaintiff, | **STIPULATION RE RESTITUTION; ORDER** |
| v. | |
| LIN M. BARTEE and CHRISTINE J. WENGER-BARTEE, | |
| Defendants. | |

The United States and the Chapter 7 Trustee move for an order based on the following grounds:

1. On January 24, 2011, this Court sentenced Lin M. Bartee and Christine J. Wenger-Bartee ("the Bartees") and ordered them to pay a $200.00 statutory assessment and $239,472.00 in restitution to their victim, the United States Bankruptcy Estate ("Bankruptcy Estate"). ECF Nos. 59 & 60.

2. On April 3, 2003, the Bartees filed a Voluntary Petition (Chapter 7) with the United States Bankruptcy Court, Eastern District of California, case number 03-23700-C-7. BECF No. 1.

3. On November 7, 2017, the Chapter 7 Trustee's Final Account and Distribution Report was filed, showing that the Chapter 7 trustee made disbursements totaling $69,401.74 ($20,157.36 to creditors, and $49,244.38 to bankruptcy estate administrative expenses). With the filing of this final accounting and disbursement, the Bankruptcy Estate has been made whole. BECF No. 343, attached hereto as Exhibit "A."

4.     The Bartees have paid $3,800.00 in restitution payments:  The restitution paid from the district court to the bankruptcy court was $3,800.00 and is included and is part of the net disbursement of $69,401.74. The bankruptcy court sent $3,650.00 of the $3,800.00 to the Chapter 7 Trustee and has $150.00 in an open ledger waiting for final order to disburse. The $150.00 was not sent to the Chapter 7 trustee because the Chapter 7 Trustee had paid the case in full and refused the payment.

5.     The Clerk of the Court is currently holding $554.86:  $504.86 of the $554.86 was paid to the Clerk of the Court through the Treasury Offset Program[1], and $50.00 was paid by personal checks from defendant Christine Wenger-Bartee.

6.     Since the Bankruptcy Estate has been made whole, the Parties stipulate that:

A.     The $554.86 currently being held with the Clerk of the Court be returned to the Bartees.

D.     The $150.00 currently being held by the bankruptcy court be sent to the Clerk of the Court for the United States District Court, Eastern District, to be applied towards restitution, making the combined restitution payments total $3,800.00; and

C.     The restitution amount be reduced from the Judgment amount of $239,472.00 to $3,800.00, representing the total amount the Bartees paid to the Clerk of the Court.

///
///
///
///
///
///
///
///
///
///

---

[1] The Treasury Offset Program is a program a defendant/judgment debtor is placed on by the U.S. Attorney's Office to offset certain federal payments, that are payable to a defendant/judgment debtor, in an attempt to collect restitution.

1       7.     Accordingly, the Parties request that the Court sign the proposed order below so that the

2  bankruptcy court and the U.S. Attorney's Office can reconcile and close their files.

3

4                                           Respectfully submitted,

5  FOR THE UNITED STATES:             McGREGOR W. SCOTT
                                            United States Attorney

6
   Dated: August____, 2019             By: */s/*_____

7                                         ROBIN TUBESING

8                                         Assistant United States Attorney

9
   FOR CHAPTER 7 TRUSTEE:           DESMOND NOLAN LIVAICH & CUNNINGHAM

10

11 Dated: August ____, 2019            By: */s/*_____

12                                        J. RUSSELL CUNNINGHAM
                                        Attorney for Chapter 7 Trustee, J. Michael Hopper

**O R D E R**

      The Court, having reviewed the court files and the Parties' Stipulation re Restitution, and good cause appearing therefrom, hereby GRANTS the Stipulation. Accordingly, IT IS ORDERED that:

      1.    The $554.86 currently being held with the Clerk of the Court be returned to the Bartees.

      2.    The $150.00 currently being held by the bankruptcy court be sent to the Clerk of the Court for the United States District Court, Eastern District, to be applied towards restitution, making the combined restitution payments total $3,800.00; and

      3.    The restitution amount be reduced from the Judgment amount of $239,472.00 to $3,800.00, representing the total amount the Bartees paid to the Clerk of the Court.

IT IS SO ORDERED.
Dated: August 12, 2019

_____
Troy L. Nunley
United States District Judge

# EXHIBIT "A"

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | | |
|---|---|---|
| In re: BARTEE, LIN M. | § | Case No. 03-23700-C-7 |
| WENGER-BARTEE, CHRISTINE J. | § | |
| PLM TOWING, LLC | § | |
| Debtor(s) BOUTIQUE, C. J.'S | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

James Michael Hopper, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $20,157.36 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $49,244.38 | |

3) Total gross receipts of $ 73,650.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,248.26 (see **Exhibit 2**), yielded net receipts of $69,401.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $208,158.45 | $182,795.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,639.73 | 49,244.38 | 49,244.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 551,351.07 | 1,917.46 | 1,917.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 86,140.73 | 104,784.40 | 18,239.90 | 18,239.90 |
| **TOTAL DISBURSEMENTS** | $294,299.18 | $851,571.01 | $69,401.74 | $69,401.74 |

4) This case was originally filed under Chapter 7 on April 03, 2003. The case was pending for 175 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/31/2017                    By: /s/James Michael Hopper
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Costa Rica Real Property | 1210-000 | 70,000.00 |
| Restitution | 1229-000 | 3,650.00 |
| **TOTAL GROSS RECEIPTS** | | $73,650.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lin M. Bartee and Christine J. Wenger-Bartee | Claim #SURPLUS, Dividend paid 100.00% | 8200-002 | 4,248.26 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,248.26 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SAFE Credit Union | 4210-000 | N/A | 13,996.63 | 0.00 | 0.00 |
| 2 | The CIT Group/Sales Financing, Inc. | 4210-000 | N/A | 94,606.20 | 0.00 | 0.00 |
| 3 | Green Point Mortgage | 4110-000 | N/A | 74,192.98 | 0.00 | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 179,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4210-000 | 16,782.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 4210-000 | 12,376.45 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $208,158.45 | $182,795.81 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation – James Michael Hopper | 2100-000 | N/A | 6,720.09 | 6,720.09 | 6,720.09 |
| Other – Osa Tropical Properties S.A. | 3510-000 | N/A | 0.00 | 7,000.00 | 7,000.00 |
| Other – Carballo & Carballo | 2500-000 | N/A | 0.00 | 865.00 | 865.00 |
| Other – Carballo & Carballo | 3210-600 | N/A | 0.00 | 5,250.00 | 5,250.00 |
| Other – Carballo & Carballo | 3220-610 | N/A | 0.00 | 3,035.00 | 3,035.00 |
| Other – Desmond, Nolan, Livaich & Cunningham | 3210-000 | N/A | 0.00 | 20,043.00 | 20,043.00 |
| Other – Desmond, Nolan, Livaich & Cunningham | 3220-000 | N/A | 0.00 | 428.67 | 428.67 |
| Other – International Sureties, LTD | 2300-000 | N/A | 44.53 | 27.51 | 27.51 |
| Other – International Sureties, LTD | 2300-000 | N/A | 47.48 | 47.48 | 47.48 |
| Other – International Sureties, LTD | 2300-000 | N/A | 47.57 | 47.57 | 47.57 |
| Other – International Sureties, LTD | 2300-000 | N/A | 21.21 | 21.21 | 21.21 |
| Other – International Sureties, LTD | 2300-000 | N/A | 64.99 | 64.99 | 64.99 |
| Other – International Sureties, LTD | 2300-000 | N/A | 19.00 | 19.00 | 19.00 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 43.15 | 43.15 | 43.15 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 131.76 | 131.76 | 131.76 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 137.34 | 137.34 | 137.34 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 124.17 | 124.17 | 124.17 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 126.85 | 126.85 | 126.85 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 105.42 | 105.42 | 105.42 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 119.74 | 119.74 | 119.74 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 104.97 | 104.97 | 104.97 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 115.60 | 115.60 | 115.60 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 111.75 | 111.75 | 111.75 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 100.75 | 100.75 | 100.75 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 119.72 | 119.72 | 119.72 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 108.59 | 108.59 | 108.59 |
| Other – The Bank of New York Mellon | 2600-000 | N/A | 104.75 | 104.75 | 104.75 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 80.95 | 80.95 | 80.95 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 70.68 | 70.68 | 70.68 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 73.10 | 73.10 | 73.10 |

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 80.99 | 80.99 | 80.99 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 78.96 | 78.96 | 78.96 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 71.26 | 71.26 | 71.26 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 84.04 | 84.04 | 84.04 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 76.33 | 76.33 | 76.33 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 73.77 | 73.77 | 73.77 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 83.86 | 83.86 | 83.86 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 71.09 | 71.09 | 71.09 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 83.77 | 83.77 | 83.77 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 78.63 | 78.63 | 78.63 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 70.91 | 70.91 | 70.91 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 73.36 | 73.36 | 73.36 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 80.98 | 80.98 | 80.98 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 75.84 | 75.84 | 75.84 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 73.31 | 73.31 | 73.31 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 83.31 | 83.31 | 83.31 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 73.23 | 73.23 | 73.23 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 80.76 | 80.76 | 80.76 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 78.20 | 78.20 | 78.20 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 68.01 | 68.01 | 68.01 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 85.53 | 85.53 | 85.53 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 75.31 | 75.31 | 75.31 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 70.30 | 70.30 | 70.30 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 80.31 | 80.31 | 80.31 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 75.27 | 75.27 | 75.27 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 72.73 | 72.73 | 72.73 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 80.17 | 80.17 | 80.17 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 77.55 | 77.55 | 77.55 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 72.52 | 72.52 | 72.52 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 79.99 | 79.99 | 79.99 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 74.93 | 74.93 | 74.93 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 72.40 | 72.40 | 72.40 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 82.27 | 82.27 | 82.27 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 72.05 | 72.05 | 72.05 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.13 | 72.13 | 72.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.98 | 81.98 | 81.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.99 | 71.99 | 71.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.89 | 71.89 | 71.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.70 | 81.70 | 81.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.81 | 71.81 | 71.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.74 | 81.74 | 81.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.34 | 74.34 | 74.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.88 | 71.88 | 71.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.21 | 79.21 | 79.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.21 | 74.21 | 74.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.31 | 79.31 | 79.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.40 | 69.40 | 69.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.86 | 76.86 | 76.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.36 | 69.36 | 69.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.65 | 81.65 | 81.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.17 | 74.17 | 74.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,639.73 | $49,244.38 | $49,244.38 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Franchise Tax Board | 5800-000 | N/A | 105.37 | 0.00 | 0.00 |
| 6 -2 | Franchise Tax Board | 5800-000 | N/A | 28,122.37 | 0.00 | 0.00 |
| 7 | Franchise Tax Board | 5800-000 | N/A | 8,352.00 | 0.00 | 0.00 |
| 9P | Department Of The Treasury - IRS | 5800-000 | N/A | 174,630.59 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10P | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 156,696.39 | 0.00 | 0.00 |
| 11P | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 181,526.89 | 0.00 | 0.00 |
| 12P-3 | Internal Revenue Service | 5800-000 | N/A | 1,917.46 | 1,917.46 | 1,917.46 |
| 13 | Franchise Tax Board | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $551,351.07 | $1,917.46 | $1,917.46 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Schools Financial Credit Union | 7100-000 | N/A | 11,871.48 | 11,871.48 | 11,871.48 |
| 4I | Schools Financial Credit Union | 7990-000 | N/A | 465.52 | 465.52 | 465.52 |
| 5U | Franchise Tax Board | 7100-000 | N/A | 26.34 | 0.00 | 0.00 |
| 8 | ILWU-FSC Federal CU | 7100-000 | N/A | 5,084.25 | 5,084.25 | 5,084.25 |
| 8I | ILWU-FSC Federal CU | 7990-000 | N/A | 199.37 | 199.37 | 199.37 |
| 9U | Department Of The Treasury - IRS | 7100-000 | N/A | 523.56 | 0.00 | 0.00 |
| 10U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 42,997.30 | 0.00 | 0.00 |
| 11U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 42,997.30 | 0.00 | 0.00 |
| 12U-3 | Internal Revenue Service | 7100-000 | N/A | 523.56 | 523.56 | 523.56 |
| 12PI-3 | Internal Revenue Service | 7990-000 | N/A | 75.19 | 75.19 | 75.19 |
| 12UI-3 | Internal Revenue Service | 7990-000 | N/A | 20.53 | 20.53 | 20.53 |
| NOTFILED | Monogram Credit | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | One Plus Marketing | 7100-000 | 27.88 | N/A | N/A | 0.00 |
| NOTFILED | Ophir Feed & Pet Supply | 7100-000 | 312.21 | N/A | N/A | 0.00 |
| NOTFILED | Grass Valley Radiology | 7100-000 | 7.02 | N/A | N/A | 0.00 |
| NOTFILED | Factual Data | 7100-000 | 11.93 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | 7,340.28 | N/A | N/A | 0.00 |
| NOTFILED | Gary R. Harwell | 7100-000 | 13,860.00 | N/A | N/A | 0.00 |
| NOTFILED | First Northern American Nat. Bank | 7100-000 | 207.77 | N/A | N/A | 0.00 |
| NOTFILED | Investors Mortgage Funding, Inc | 7100-000 | 11.93 | N/A | N/A | 0.00 |
| NOTFILED | PG and E | 7100-000 | 149.20 | N/A | N/A | 0.00 |
| NOTFILED | Sacramento Bee | 7100-000 | 149.94 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Bell Collection Center | 7100-000 | 112.88 | N/A | N/A | 0.00 |
| NOTFILED | Sierra Nevada Memorial Hospital | 7100-000 | 467.42 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sierra Care Physicians | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | SMUD | 7100-000 | 15.98 | N/A | N/A | 0.00 |
| NOTFILED | Sierra Care Physicians | 7100-000 | 630.23 | N/A | N/A | 0.00 |
| NOTFILED | TCM Neighbors | 7100-000 | 5,012.81 | N/A | N/A | 0.00 |
| NOTFILED | Schools Financial Credit Union | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Schwab | 7100-000 | 17.04 | N/A | N/A | 0.00 |
| NOTFILED | Placer County Recorder | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Penny Power Pub, Inc | 7100-000 | 110.98 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchant Bank | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Bell Directory | 7100-000 | 351.79 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club Credit | 7100-000 | 2,351.88 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Services | 7100-000 | 373.87 | N/A | N/A | 0.00 |
| NOTFILED | Diagnostic Pathology Medical | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | ACC Busines | 7100-000 | 180.01 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Services | 7100-000 | 957.65 | N/A | N/A | 0.00 |
| NOTFILED | AmeriGas | 7100-000 | 103.69 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,247.98 | N/A | N/A | 0.00 |
| NOTFILED | City of Auburn | 7100-000 | 111.60 | N/A | N/A | 0.00 |
| NOTFILED | Circuit City Stores | 7100-000 | 2,829.51 | N/A | N/A | 0.00 |
| NOTFILED | AOL | 7100-000 | 47.80 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,074.58 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Services | 7100-000 | 3,596.87 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $86,140.73 | $104,784.40 | $18,239.90 | $18,239.90 |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case Number: 03-23700-C-7

Case Name: BARTEE, LIN M.
WENGER-BARTEE, CHRISTINE J.

Period Ending: 10/31/17

Trustee: (001700) James Michael Hopper

Filed (f) or Converted (c): 04/03/03 (f)

§341(a) Meeting Date: 05/12/03

Claims Bar Date: 09/02/03

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Costa Rica Real Property (u)<br>    Property formally described as Tres Rios De<br>Coronado, 400 Norte Del Puen Te De Armahacas Cas<br>C/I Crema, and described as Tres Rios de OSA, lot<br>2-48, located in the province of Puntarenas, Costa<br>Rica. Property signed over to estate as part of a plea<br>agreement reached by federal court after extradition to<br>the United States. | 300,000.00 | 70,000.00 | | 70,000.00 | FA |
| 2 | Restitution (u)<br>    Court ordered restitution. | 0.00 | 239,472.00 | | 3,650.00 | FA |
| 2 | Assets    Totals (Excluding unknown values) | $300,000.00 | $309,472.00 | | $73,650.00 | $0.00 |

Major Activities Affecting Case Closing:

     7/30/17  Submit TFR and NFR.

     7/30/17  Final review of claims.

     7/11/17  Application for DNLC fees granted.  Order signed 7/11/17.

     7/7/17  Debtors file change of address.

     6/13/17  File application for DNLC fees.  Set for 7/11/17.

     6/11/17  Review of claims.

     7/26/16  IRS files amended claim.

     5/20/16  IRS files amended claim.

     5/17/16  Call w/ Colleen Wambolt, IRS BK specialist:  case has fallen off of their system; she will review the files, re-instate it and amend claim.

     3/11/16  Left VM for Rhonda Roberts, local IRS BK specialist.

     3/11/16  Reviewed amended FTB claims and adjusted claims register.

     3/10/16  Call w/ FTB re: claim status; they will be amending claims to $0.

     3/9/16  Left VM for Rhonda Roberts, local IRS BK specialist.

     3/8/16  Filed Status Report with the court.

     3/19/15  Processed bond refund from International Sureties, LTD.

     2/9/15  Notification from UST that International Sureties, LTD will be issuing a refund on the blanket bond

     11/12/14  Call from Leigh Opferman, Federal Defender's Office re:  their office defended Mr. Bartee; call was asking about IRS garnishment issue.

     10/28/14  Review of claims.

     10/28/14  Call from Lin Bartee re: IRS.

     8/26/14  Call from Joe Smith, IRS agent re: confirmed that bankruptcy case was still open.

     1/29/14  Filed Status Report with the court.

     4/16/13  Receive second restitution payment.

     9/26/12  First deposit of funds re: restituion.  Original check received on 9/20/12 with no explanation.  Mistaken as payment to trustee.  Mistake realized on 9/25/12.
Notified UST.  UST reccomends payment by trustee to the estate.  Payment made today.  Notify Karen Ceriani, Finance Manager of Bankruptcy Court regarding

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 03-23700-C-7 | Trustee:     (001700)     James Michael Hopper |
| Case Name:   BARTEE, LIN M. | Filed (f) or Converted (c):    04/03/03 (f) |
|                  WENGER-BARTEE, CHRISTINE J. | §341(a) Meeting Date:    05/12/03 |
| Period Ending: 10/31/17 | Claims Bar Date:    09/02/03 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

mix-up. They will send additional paperwork with check in the future to confirm resiution payment.

3/28/12   Wire funds to Luis Carballo for fees and expenses.

3/26/12   Request and receive approval from UST for international wire transfer to Luis Carballo for compensation.

3/20/12   Court approves compensation to Luis Carballo. Order signed 3/20/12.

3/16/12   Wire funds to Luis Carballo for transfer taxes and stamps.

3/16/12   Receive approval from UST for wire.

3/15/12   Request approval from UST for international wire to L. Carballo for transfer taxes and stamps.

3/15/12   Call w/ Luis Carballo to get clarification on transfer taxes and stamps. Recevied follow up email with additional information.

3/11/12   Email from Luis Carballo re: transfer taxes and stamps.

2/28/12   Call w/ Karen Ceriani w/ updated info. She will contact District court and parole officer to see how to set up payments directly to trustee from District Court rather than going through Bankruptcy Court.

2/24/12   Review and approve application to approve compensation to special counsel Lius Carballo in Costa Rica. Set for 3/20/12.

2/17/12   Met w/ UST re: restitution funds. Have funds sent to me and continue to collect for the future.

2/17/12   Call w/ Karen Ceriani confirming that funds are from restitution. District court is required to turn them over to the Bankruptcy Court. I will check on collection of funds with UST.

1/10/12   Call w/ R. Cunningham re: $400. Appears to be part of restitution in case.

1/10/12   Call from Karen Ceriani, Bankruptcy Court Finance Manager re: they received $400 from the District Court. She will send paperwork for review.

12/2/11   Filed Report of Sale.

12/2/11   Commission wired to OSA.

12/1/11   Request approval from UST for international wire to OSA for commision.

11/25/11   Call with Luis Carballo re: sale and sent e-mail authorizing sale to buyers.

11/18/11   Funds received for sale.

11/15/11   Sale motion approved. Order signed 11/16/11.

10/24/11   Application to employ Luis Carballo filed. Order signed 10/25/11.

10/17/11   Reviewed and approved sale motion. Set for 11/15/11.

10/11/11   Received signed addendum.

10/10/11   Call w/ Jodi Trestman re: sale & overbidding

10/06/11   Reviewed e-mail from Jodi Trestman re: sale

10/3/11   Forward changed addendum to OSA for signature.

9/29/11   Review response from R. Cunningham re: changes to addendum. Review incorporated changes prepared by L. Hendrix.

9/29/11   Reviewed e-mail from K. Champagne and enclosed proof of funds for bidder. Bidders have requested changes to addendum.

9/27/1   Forward new addendum to OSA for overbidders to sign.

9/27/11   Call w/ Maricia Oro, OSA, re: over bid.

9/27/11   Call w/ Luke Hendrix re: new addendum for overbidders.

9/26/11   Call w/ R. Cunningham re: over bids.

9/22/11   Receive e-mail from L. Carballo re: receipt of addendum from Trestmans.

9/16/11   Receive from L. Hendrix with over bid from Manresa and Villatoro.

9/14/11   Apllication to employ OSA Tropical Properties filed. Order signed 9/30/11.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 03-23700-C-7
Case Name: BARTEE, LIN M.
             WENGER-BARTEE, CHRISTINE J.

Period Ending: 10/31/17

Trustee:      (001700)     James Michael Hopper
Filed (f) or Converted (c):   04/03/03 (f)
§341(a) Meeting Date:    05/12/03
Claims Bar Date:       09/02/03

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

9/2/11   Received, reviewed and signed sale authorization for Osa Tropical Properties.

9/1/11   Review addendum from R. Cunningham and forward to Keven Champagne.

8/30/11   Receive and review offer on property from Trestman.

8/29/11   Reviewed and approved application to employ Osa Tropical Properties as real estate agent in Costa Rica.

8/16/11   Call w/ G. Ainsworth, prior trustee. Review forwarded Form 1.

8/15/11   Review e-mail from Kevin Champagne, Osa Tropical Properties, re: potential buyer for property in Costa Rica.

8/2/11   Reviewed and approved application to employ DNLC. Apllication filed. Order signed 8/9/11.

7/29/11   Reviewed application to employ Luis Carballo as attorney in Costa Rica.

7/22/11   Reviewed e-mails from R. Cunningham re: property in Costa Rica.

7/20/11   Appointed trustee.

7/19/11   Trustee Gerald Ainsworth resigns as trustee for case.

Initial Projected Date Of Final Report (TFR):     July 20, 2013          Current Projected Date Of Final Report (TFR):     July 30, 2017 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 03-23700-C-7 |
| Case Name: | BARTEE, LIN M. |
| | WENGER-BARTEE, CHRISTINE J. |
| Taxpayer ID #: | **-***4175 |
| Period Ending: | 10/31/17 |

| | |
|---|---|
| Trustee: | James Michael Hopper (001700) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******53-66 - Checking Account |
| Blanket Bond: | $40,538,028.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/11 | {1} | Tropical Financial Credit Union | RE: Peggy J. Manresa | 1210-000 | 70,000.00 | | 70,000.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.15 | 69,956.85 |
| 12/02/11 | | Osa Tropical Properties S.A. | 10% real estate commission | 3510-000 | | 7,000.00 | 62,956.85 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 131.76 | 62,825.09 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.34 | 62,687.75 |
| 02/24/12 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/24/2012 FOR CASE #03-23700-C-7, Bond # 016048575 | 2300-000 | | 64.99 | 62,622.76 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 124.17 | 62,498.59 |
| 03/16/12 | | Langosta UNO S.A. | Transfer taxes and stamps. | 2500-000 | | 865.00 | 61,633.59 |
| 03/28/12 | | Langosta Uno S.A. | Legal fees and expenses for sale of propperty in Costa Rica. | | | 8,285.00 | 53,348.59 |
| | | | Legal Fees for sale of property in Costa Rica.           5,250.00 | 3210-600 | | | 53,348.59 |
| | | | Expenses for sale of property in Costa Rica.           3,035.00 | 3220-610 | | | 53,348.59 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 126.85 | 53,221.74 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 105.42 | 53,116.32 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 119.74 | 52,996.58 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.97 | 52,891.61 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 115.60 | 52,776.01 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 111.75 | 52,664.26 |
| 09/26/12 | {2} | J. Michael Hopper | Resitution funds received from District Court | 1229-000 | 550.00 | | 53,214.26 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.75 | 53,113.51 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 119.72 | 52,993.79 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 108.59 | 52,885.20 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.75 | 52,780.45 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000170088 20130110 | 9999-000 | | 52,780.45 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 70,550.00 | 70,550.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 52,780.45 | |
| Subtotal | 70,550.00 | 17,769.55 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $70,550.00 | $17,769.55 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 03-23700-C-7 | **Trustee:** | James Michael Hopper (001700) |
| **Case Name:** | BARTEE, LIN M. | **Bank Name:** | Rabobank, N.A. |
| | WENGER-BARTEE, CHRISTINE J. | **Account:** | ******1566 - Checking Account |
| **Taxpayer ID #:** | **-***4175 | **Blanket Bond:** | $40,538,028.00 (per case limit) |
| **Period Ending:** | 10/31/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 52,780.45 | | 52,780.45 |
| 01/22/13 | 10102 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #03-23700-C-7, Bond # 016048575 | 2300-000 | | 47.48 | 52,732.97 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.95 | 52,652.02 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.68 | 52,581.34 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.10 | 52,508.24 |
| 04/16/13 | {2} | U.S. District Court | Restitution from debtors | 1229-000 | 700.00 | | 53,208.24 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.99 | 53,127.25 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.96 | 53,048.29 |
| 06/14/13 | {2} | U.S. District Court | Restitution from debtors | 1229-000 | 100.00 | | 53,148.29 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.26 | 53,077.03 |
| 07/01/13 | {2} | U.S. District Court | Restitution from debtors | 1229-000 | 50.00 | | 53,127.03 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.04 | 53,042.99 |
| 08/12/13 | {2} | U.S. District Court | Restitution from debtors | 1229-000 | 50.00 | | 53,092.99 |
| 08/30/13 | {2} | U.S. District Court | Restitution | 1229-000 | 50.00 | | 53,142.99 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.33 | 53,066.66 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.77 | 52,992.89 |
| 10/23/13 | {2} | U.S. District Court | Restitution | 1229-000 | 50.00 | | 53,042.89 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.86 | 52,959.03 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.09 | 52,887.94 |
| 12/11/13 | {2} | U.S. District Court | Restitution | 1229-000 | 100.00 | | 52,987.94 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.77 | 52,904.17 |
| 01/19/14 | 10103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2014 FOR CASE #03-23700-C-7, BOND # 016048575 | 2300-000 | | 47.57 | 52,856.60 |
| 01/23/14 | {2} | U.S. District Court | Restitution | 1229-000 | 50.00 | | 52,906.60 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.63 | 52,827.97 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.91 | 52,757.06 |
| 03/26/14 | {2} | U.S. District Court | Restitution | 1229-000 | 100.00 | | 52,857.06 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.36 | 52,783.70 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.98 | 52,702.72 |
| 05/20/14 | {2} | U.S. District Court | Restitution | 1229-000 | 100.00 | | 52,802.72 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.84 | 52,726.88 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.31 | 52,653.57 |
| 07/29/14 | {2} | U.S. District Court | Restitution | 1229-000 | 100.00 | | 52,753.57 |

| | | | | Subtotals : | $54,230.45 | $1,476.88 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 03-23700-C-7 | |
| Case Name: | BARTEE, LIN M. | |
| | WENGER-BARTEE, CHRISTINE J. | |
| Taxpayer ID #: | **-***4175 | |
| Period Ending: | 10/31/17 | |

| | |
|---|---|
| Trustee: | James Michael Hopper (001700) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******1566 - Checking Account |
| Blanket Bond: | $40,538,028.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.31 | 52,670.26 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.23 | 52,597.03 |
| 09/12/14 | {2} | U. S. District Court | Restitution | 1229-000 | 100.00 | | 52,697.03 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.76 | 52,616.27 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.20 | 52,538.07 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.01 | 52,470.06 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.53 | 52,384.53 |
| 01/12/15 | 10104 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2015 FOR CASE #03-23700-C-7 | 2300-000 | | 44.53 | 52,340.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.31 | 52,264.69 |
| 02/02/15 | {2} | U. S. District Court | Restitution | 1229-000 | 100.00 | | 52,364.69 |
| 02/13/15 | {2} | U.S. District Court | Restitution | 1229-000 | 50.00 | | 52,414.69 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.30 | 52,344.39 |
| 03/19/15 | | International Sureties, LTD | Bond Refund | 2300-000 | | -17.02 | 52,361.41 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.31 | 52,281.10 |
| 04/10/15 | {2} | U.S. District Court | Restitution | 1229-000 | 100.00 | | 52,381.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.27 | 52,305.83 |
| 05/19/15 | {2} | U.S. District Court | Restitution | 1229-000 | 25.00 | | 52,330.83 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.73 | 52,258.10 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.17 | 52,177.93 |
| 07/24/15 | {2} | U. S. District Court | Restitution | 1229-000 | 50.00 | | 52,227.93 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.55 | 52,150.38 |
| 08/21/15 | {2} | U.S. District Court | Restitution | 1229-000 | 50.00 | | 52,200.38 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.52 | 52,127.86 |
| 09/22/15 | {2} | U.S. District Court | Restitution | 1229-000 | 50.00 | | 52,177.86 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.99 | 52,097.87 |
| 10/27/15 | {2} | U.S. District Court | Restitution | 1229-000 | 50.00 | | 52,147.87 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.93 | 52,072.94 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.40 | 52,000.54 |
| 12/31/15 | 10105 | International Sureties, LTD | VOIDED: Incorrect bond calculation Voided on 12/31/15 | 2300-000 | | 20.58 | 51,979.96 |
| 12/31/15 | 10105 | International Sureties, LTD | VOIDED: Incorrect bond calculation Voided: check issued on 12/31/15 | 2300-000 | | -20.58 | 52,000.54 |
| 12/31/15 | 10106 | International Sureties, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #03-23700-C-7, Term: 01/01/16 to 01/01/17, | 2300-000 | | 21.21 | 51,979.33 |

Subtotals :      $575.00      $1,349.24

{} Asset reference(s)

Exhibit 9

# Form 2
Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 03-23700-C-7
**Case Name:** BARTEE, LIN M.
　　　　　　　　WENGER-BARTEE, CHRISTINE J.
**Taxpayer ID #:** **-***4175
**Period Ending:** 10/31/17

**Trustee:** James Michael Hopper (001700)
**Bank Name:** Rabobank, N.A.
**Account:** ******1566 - Checking Account
**Blanket Bond:** $40,538,028.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Bond # 016048575 | | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.27 | 51,897.06 |
| 01/20/16 | {2} | U.S. District Court | Restitution | 1229-000 | 200.00 | | 52,097.06 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.05 | 52,025.01 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.13 | 51,952.88 |
| 03/25/16 | {2} | U.S. District Court | Restitution | 1229-000 | 50.00 | | 52,002.88 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.98 | 51,920.90 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.99 | 51,848.91 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.89 | 51,777.02 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.70 | 51,695.32 |
| 07/05/16 | {2} | U.S. District Court | Restitution | 1229-000 | 125.00 | | 51,820.32 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.81 | 51,748.51 |
| 08/17/16 | {2} | U.S. District Court | Restitution | 1229-000 | 150.00 | | 51,898.51 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.74 | 51,816.77 |
| 09/23/16 | {2} | U. S. District Court | Restitution | 1229-000 | 100.00 | | 51,916.77 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.34 | 51,842.43 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.88 | 51,770.55 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.21 | 51,691.34 |
| 12/15/16 | {2} | U.S. District Court | Restitution | 1229-000 | 100.00 | | 51,791.34 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.21 | 51,717.13 |
| 01/08/17 | 10107 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 11/30/2016 FOR CASE<br>#03-23700-C-7 | 2300-000 | | 19.00 | 51,698.13 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.31 | 51,618.82 |
| 02/03/17 | {2} | U.S. District Court | Restitution | 1229-000 | 100.00 | | 51,718.82 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.40 | 51,649.42 |
| 03/09/17 | {2} | U.S. District Court | Restitution | 1229-000 | 100.00 | | 51,749.42 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.86 | 51,672.56 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.36 | 51,603.20 |
| 05/25/17 | {2} | United States Treasury | Restitution | 1229-000 | 50.00 | | 51,653.20 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.65 | 51,571.55 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.17 | 51,497.38 |
| 07/13/17 | 10108 | Desmond, Nolan, Livaich &<br>Cunningham | Fees and Expenses | | | 20,471.67 | 31,025.71 |
| | | | Fees　　　　　20,043.00 | 3210-000 | | | 31,025.71 |
| | | | Expenses　　　　428.67 | 3220-000 | | | 31,025.71 |
| 07/22/17 | {2} | United States Treasury | Restitution | 1229-000 | 100.00 | | 31,125.71 |

Subtotals : 　　　　　$1,075.00　　$21,928.62

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　Printed: 10/31/2017 01:57 PM　V.13.30

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 03-23700-C-7 | | Trustee: | James Michael Hopper (001700) |
| Case Name: | BARTEE, LIN M. | | Bank Name: | Rabobank, N.A. |
| | WENGER-BARTEE, CHRISTINE J. | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***4175 | | Blanket Bond: | $40,538,028.00 (per case limit) |
| Period Ending: | 10/31/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/17 | 10109 | James Michael Hopper | Dividend paid 100.00% on $6,720.09, Trustee Compensation;  Reference: | 2100-000 | | 6,720.09 | 24,405.62 |
| 09/18/17 | 10110 | Internal Revenue Service | Claim #12P-3, Dividend paid 100.00% | 5800-000 | | 1,917.46 | 22,488.16 |
| 09/18/17 | 10111 | Schools Financial Credit Union | Claim #4, Dividend paid 100.00% | 7100-000 | | 11,871.48 | 10,616.68 |
| 09/18/17 | 10112 | ILWU-FSC Federal CU | Claim #8, Dividend paid 100.00% | 7100-000 | | 5,084.25 | 5,532.43 |
| 09/18/17 | 10113 | Internal Revenue Service | Claim #12U-3, Dividend paid 100.00% | 7100-000 | | 523.56 | 5,008.87 |
| 09/18/17 | 10114 | Schools Financial Credit Union | Claim #4I, Dividend paid 100.00% | 7990-000 | | 465.52 | 4,543.35 |
| 09/18/17 | 10115 | ILWU-FSC Federal CU | Claim #8I, Dividend paid 100.00% | 7990-000 | | 199.37 | 4,343.98 |
| 09/18/17 | 10116 | Internal Revenue Service | Claim #12PI-3, Dividend paid 100.00% | 7990-000 | | 75.19 | 4,268.79 |
| 09/18/17 | 10117 | Internal Revenue Service | Claim #12UI-3, Dividend paid 100.00% | 7990-000 | | 20.53 | 4,248.26 |
| 09/18/17 | 10118 | Lin M. Bartee and Christine J. Wenger-Bartee | Claim #SURPLUS, Dividend paid 100.00% | 8200-002 | | 4,248.26 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 55,880.45 | 55,880.45 | $0.00 |
| Less: Bank Transfers | | 52,780.45 | 0.00 | |
| Subtotal | | 3,100.00 | 55,880.45 | |
| Less: Payments to Debtors | | | 4,248.26 | |
| NET Receipts / Disbursements | | $3,100.00 | $51,632.19 | |

| | |
|---|---|
| Net Receipts : | 73,650.00 |
| Less Payments to Debtor : | 4,248.26 |
| Net Estate : | $69,401.74 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******53-66 | 70,550.00 | 17,769.55 | 0.00 |
| Checking # ******1566 | 3,100.00 | 51,632.19 | 0.00 |
| | $73,650.00 | $69,401.74 | $0.00 |