1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00299-TLN |
|---|---|
| Plaintiff, | |
| v. | **AMENDED STIPULATION RE RESTITUTION; ORDER** |
| LIN M. BARTEE and CHRISTINE J. WENGER-BARTEE, | |
| Defendants. | |

On August 12, 2019, this court granted a Stipulation re Restitution and Order ("Stipulation", ECF No. 67). The purpose of the Stipulation was to reconcile $150.00 in surplus funds that is being held by the Clerk of the Court for the Eastern District of California Bankruptcy Court ("Bankruptcy Court Clerk") after full restitution was made to the victim, the bankruptcy estate. Additionally, $554.86 in surplus funds are being held by the Clerk of the Court for the United States District Court, Eastern District ("District Court Clerk").

Because the only victim, the bankruptcy estate, has been made whole, all surplus funds held by both the Bankruptcy Court Clerk and the District Court Clerk should be returned to Lin M. Bartee and Christine J. Wenger-Bartee ("the Bartees"); a total of $704.86. The Stipulation (ECF No. 67) did not fully remedy the issue of disposition of the surplus funds and reconciling the records. Therefore, the parties seek an order approving the following amendments to the Stipulation:

Amended Stipulation re Restitution                1

1. The $150.00 currently being held by the Bankruptcy Court Clerk shall be sent to the District Court Clerk, and that the $150.00 should <u>not</u> be applied towards restitution.

2. The District Court Clerk shall refund the $150.00 in addition to the $554.86, for a total refund of **$704.86,** to the Bartees.

3. To reconcile the refund of surplus payments with the actual amount of restitution paid, all records should reflect that the total restitution paid by the Bartees is $3,650.00; and

4. All records should reflect that the restitution amount is $3,650.00, rather than the original Judgment amount of $239,472.00; the $3,650.00 represents the total amount the Bartees paid to the District Court Clerk, making the victim whole.

Accordingly, the Parties request that the Court sign the proposed order below so that the bankruptcy court and the U.S. Attorney's Office can reconcile and close their files.

Respectfully submitted,

FOR THE UNITED STATES:	McGREGOR W. SCOTT
	United States Attorney

Dated: August 29, 2019	By: */s/ Robin Tubesing*
	ROBIN TUBESING
	Assistant United States Attorney

FOR CHAPTER 7 TRUSTEE:	DESMOND NOLAN LIVAICH & CUNNINGHAM

Dated: August 29, 2019	By: */s/ J. Russell Cunningham*
	J. RUSSELL CUNNINGHAM
	Attorney for Chapter 7 Trustee, J. Michael Hopper

**O R D E R**

The Court, having reviewed the court files and the Parties' Amended Stipulation re Restitution, and good cause appearing therefrom, hereby GRANTS the Amended Stipulation. Accordingly, IT IS ORDERED that:

1. The $150.00 currently being held by the Bankruptcy Court Clerk shall be sent to the District Court Clerk, and that the $150.00 should <u>not</u> be applied towards restitution.

2. The District Court Clerk shall refund the $150.00 in addition to the $554.86, for a total refund of **$704.86,** to the Bartees.

3. To reconcile the refund of surplus payments with the actual amount of restitution paid, all records should reflect that the total restitution paid by the Bartees is $3,650.00; and

4. All records should reflect that the restitution amount is $3,650.00, rather than the original Judgment amount of $239,472.00; the $3,650.00 represents the total amount the Bartees paid to the District Court Clerk, making the victim whole.

IT IS SO ORDERED.

Dated: August 29, 2019

                                             Troy L. Nunley
                                             United States District Judge